# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/13/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jeannie S. Ueda
aka Jeannie Sueko Stanford
45−265 William Henry Road #6
Kaneohe, HI 96744

| Case Number: | Social Security/Taxpayer ID/Employer ID/Other Nos.: |
|---|---|
| 11−01351 | xxx−xx−2986 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Lars Peterson<br>Law Office of Lars Peterson, LLLC<br>1188 Bishop Street Ste. 3107<br>Century Square<br>Honolulu, HI 96813<br>Telephone number: 808 469−4300 | Dane S. Field<br>P.O. Box 4198<br>Honolulu, HI 96812<br>Telephone number: 808.232.8788 |

## Meeting of Creditors
Date: **June 8, 2011**             Time: **11:30 AM**
Location: **US Trustee Meeting Room, 1132 Bishop Street, Suite 606, Honolulu, HI 96813**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 8/8/11**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors or as otherwise provided under Bankruptcy Rule 1019(2)(B) for converted cases.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>1132 Bishop Street<br>Suite 250<br>Honolulu, HI 96813<br>Telephone number: (808) 522−8100 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Michael B. Dowling |
|---|---|
| Hours Open: Monday − Friday 8:30 AM − 4:00 PM | Date: 5/13/11 |

## EXPLANATIONS

B9A (Official Form 9A) (12/10)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee's Sale of Property Under $2,500 | Unless an objection is filed within 21 days after the date of this notice, the trustee may sell property of the estate without further notice or hearing if the property's aggregate gross value is less than $2,500. |

**Refer to Other Side for Important Deadlines and Notices**

```
                              United States Bankruptcy Court
                                    District of Hawaii
In re:                                                            Case No. 11-01351-rjf
Jeannie S. Ueda                                                   Chapter 7
         Debtor                 CERTIFICATE OF NOTICE
District/off: 0975-1         User: joni                 Page 1 of 2                 Date Rcvd: May 13, 2011
                             Form ID: b9a               Total Noticed: 37
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2011.
```
db         +Jeannie S. Ueda,    45-265 William Henry Road #6,    Kaneohe, HI 96744-3154
1091827   ++ALOHA PACIFIC FCU,    ATTN COLLECTION DEPARTMENT,     832 S HOTEL ST,    HONOLULU HI 96813-2512
            (address filed with court: Inter Island Fcu,      2200 Kam Hwy Ste 206,    Honolulu, HI 96819)
1091804    +Advance till Payday,     45-773 Kamehameha Hwy. #G,    Kaneohe, HI 96744-2971
1091805    +Aloha Pacific Fcu,    832 S Hotel St,    Honolulu, HI 96813-2512
1091806    +Ameristar,    1795 N Butterfield,    Libertyville, IL 60048-1212
1091807    +Ameristar Financial Co,    400 Lakeview Pkwy Ste 16,     Vernon Hills, IL 60061-1854
1091808    +Arrow Financial Servic (Original Cr,     5996 W Touhy Ave,    Niles, IL 60714-4610
1091809    +Asset Recovery Group (Original Cred,     111 N King St Ste 403,    Honolulu, HI 96817-5025
1091811    +Certegy,    P.O. Box 30046,    Tampa, FL 33630-3046
1091812    +Citifinanc,    300 Saint Paul Place,    Baltimore, MD 21202-2120
1091813    +Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202-2120
1091815    +Easy Money,    3131 North Nimitz Hwy. #108,     Honolulu, HI 96819-1982
1091816    +Enhanced Recovery Co L (Original Cr,     8014 Bayberry Rd,    Jacksonville, FL 32256-7412
1091817    +Fidelity Creditor Svc (Original Cre,     216 S Louise St,    Glendale, CA 91205-1637
1091818    +First Bank And Trust/S,    Po Box 6000,    Brookings, SD 57006-6000
1091821    +Fmcc,    P.O.Box 542000,    Omaha, NE 68154-8000
1091822    +Guardian Capital Manag (Original Cr,     1580 Makaloa St Ste 920,    Honolulu, HI 96814-3259
1091823    +Hawaii State Fcu Visa,     560 Halekauwila St,    Honolulu, HI 96813-5085
1091825    +I C System (Original Creditor:01 Ka,     Po Box 64378,    Saint Paul, MN 55164-0378
1091826    +I.C. System Inc. (Original Creditor,     P.O. Box 64378,    St Paul, MN 55164-0378
1091828    +Jefferson Capital Syst (Original Cr,     16 Mcleland Rd,    Saint Cloud, MN 56303-2198
1091829    +Lvnv Funding Llc (Original Creditor,     Po Box 740281,    Houston, TX 77274-0281
1091830    +Medcah Inc (Original Creditor:Hi Em,     320 Uluniu St Ste 5,    Kailua, HI 96734-2529
1091831    +Medcah Inc (Original Creditor:Minat,     320 Uluniu St Ste 5,    Kailua, HI 96734-2529
1091833     Money Mart,    98-199 Kamehameha Hwy. #A6,    Klamath Falls, OR 97601
1091834    +Msb/Gila Grp (Original Creditor:Haw,     6505 Airport Bv Suite 100,    Austin, TX 78752-3630
1091835    +Revenue Cycle Manageme (Original Cr,     3221 Waialae Ave Ste 338,    Honolulu, HI 96816-5831
1091836    +Tribute,    Po Box 105555,    Atlanta, GA 30348-5555
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty        +E-mail/Text: lars@petersonlawhawaii.com May 14 2011 01:22:00     Lars Peterson,
             Law Office of Lars Peterson, LLLC,    1188 Bishop Street Ste. 3107,    Century Square,
             Honolulu, HI 96813-3313
tr         +EDI: QDSFIELD.COM May 14 2011 01:18:00      Dane S. Field,    P.O. Box 4198,
             Honolulu, HI 96812-4198
1091810     E-mail/PDF: ebknotice@boh.com May 14 2011 01:49:15      Bank Of Hi,    P O Box 2900,
             Honolulu, HI 96846-0001
1091814    +EDI: RCSFNBMARIN.COM May 14 2011 01:18:00      Credit One Bank,    Po Box 98875,
             Las Vegas, NV 89193-8875
1091820    +EDI: AMINFOFP.COM May 14 2011 01:18:00      First Premier Bank,    3820 N Louise Ave,
             Sioux Falls, SD 57107-0145
1091819    +EDI: AMINFOFP.COM May 14 2011 01:18:00      First Premier Bank,    601 S Minnesota Ave,
             Sioux Falls, SD 57104-4868
1091824    +EDI: HFC.COM May 14 2011 01:18:00      Hsbc Nv,    Po Box 5253,    Carol Stream, IL 60197-5253
1091832    +EDI: MID8.COM May 14 2011 01:18:00      Midland Credit Mgmt (Original Credi,     8875 Aero Dr,
             San Diego, CA 92123-2251
1091837    +EDI: AFNIVZWIRE.COM May 14 2011 01:18:00      Verizon,    Po Box 26055,
             Minneapolis, MN 55426-0055
                                                                                              TOTAL: 9
```
```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 15, 2011**                      Signature:     *Joseph Speetjens*